## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RASHEED HARRIS, | : | No. 98 EM 2020 |
| Petitioner | : | |
| v. | : | |
| HON. SHELLY ROBINS NEW, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.